# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 849 - 1 | **DATE** | 12/18/2007 |
| **CASE TITLE** | United States of America vs. Albert Henderson | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 12/18/07. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Steven Levy as counsel for the defendant. Enter order appointing Steven Levy as counsel for the purpose of these proceedings subject to submission of a financial affidavit by defendant. The defendant waives preliminary examination. The Court enters a finding of probable cause; the defendant is ordered bound to the U.S. District Court for further proceedings. By agreement of the parties, the defendant is released on $4,500.00 own recognizance bond. Enter order setting conditions of release.

■ [ For further detail see separate order(s).]                    Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|