UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  07 CR 849 |
| v. | ) | 07 GJ 483 |
| | ) | |
| ALBERT HENDERSON | ) | Chief Judge James F. Holderman |
| aka "Bookie" | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, January 14, 2008, at 9:30 a.m., I will appear before the Chief Judge James F. Holderman at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the **GOVERNMENT'S FIRST UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**, a copy of which is attached and hereby served upon you.

s/Joseph M. Alesia
JOSEPH M. ALESIA
Assistant United States Attorney
Office of the United States Attorney
219 South Dearborn Street - 5th Floor
Chicago, Illinois 60604
(312) 353-6630