UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  07 CR 849 |
| v. | ) | 07 GJ 483 |
| | ) | |
| ALBERT HENDERSON | ) | Chief Judge James F. Holderman |
| aka "Bookie" | ) | |

## AMENDED NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Tuesday, January 15, 2008, at 9:30 a.m., I will appear before the Chief Judge James F. Holderman at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the **GOVERNMENT'S FIRST UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**, a copy of which is attached and hereby served upon you.

                                                             s/Joseph M. Alesia
                                                              JOSEPH M. ALESIA
                                                              Assistant United States Attorney
                                                              Office of the United States Attorney
                                                              219 South Dearborn Street - 5th Floor
                                                              Chicago, Illinois 60604
                                                              (312) 353-6630