

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**

FEB 2 9 2008
Feb 29, 2008
Magistrate Judge Sidney I. Schenkier
United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 849 |
| v. ) | United States Magistrate Judge |
| ) | Sidney I. Schenkier |
| ALBERT HENDERSON, aka "BOOKIE" ) | |

### GOVERNMENT'S UNOPPOSED MOTION TO
### DISMISS COMPLAINT WITHOUT PREJUDICE

The United States of America, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this honorable Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the above-captioned complaint as to defendant ALBERT HENDERSON without prejudice. On February 26, 2008, counsel for the government spoke telephonically with counsel for defendant, Steve Levy, regarding the government's motion to dismiss the complaint without prejudice. Defense counsel stated he had no objection to this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
Joseph Alesia
Assistant United States Attorney
219 South Dearborn
Chicago, Illinois 60604
(312) 353-6630

Date: February 26, 2008