Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 849 - 1 | **DATE** | 2/27/2008 |
| **CASE TITLE** | United States of America vs. Albert Henderson | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion to dismiss complaint without prejudice is granted. Enter order dismissing the complaint without prejudice and that defendant is released from the conditions of his bond.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | mm |
|---|---|---|---|

