

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 849 |
| v. | ) | United States Magistrate Judge |
| | ) | Sidney I. Schenkier |
| ALBERT HENDERSON, aka "BOOKIE" | ) | |

### ORDER

This matter coming before the Court on the Government's Unopposed Motion to Dismiss Complaint Without Prejudice as to defendant ALBERT HENDERSON,

IT IS HEREBY ORDERED that the complaint is dismissed without prejudice and that defendant is released from the conditions of his bond.

_____
Sidney I. Schenkier
United States Magistrate Judge

DATED: 02-26-08